

# Fourth Court of Appeals
## San Antonio, Texas

June 16, 2015

No. 04-14-00807-CV

Brad and Randi **AERY**, and the House Intervenors Lloyd House, Robert Eugene House, Magdalen House, Judith Ann House, Wayne House, Jimmy R. House, Edna Pawelek Ulbrich, Peter Pawelek, Jesse Pawelek, Ruby Pawelek Schumacher, Elizabeth Pawalek Reigh, Roy Mitch, Appellants

v.

**HOSKINS, INC., ET AL,**
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-12-0045-CV-A
Starr Boldrick Bauer, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to file Reply Brief is GRANTED. The appellant's reply brief due on June 19, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court